# EXHIBIT B

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:
TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER

## COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss

SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
CIVIL ACTION NO. 18 - 812

HAMPDEN COUNTY
SUPERIOR COURT
FILED
JAN 29 2019

_Jeffrey A. Neece_, PLAINTIFF(S)

V.

_City of Chicopee_, DEFENDANT(S)

SUMMONS

CLERK OF COURTS

To the above named defendant:

You are hereby summoned and required to serve upon _Emily Smith-Lee, SLN Law_, plaintiff's attorney, whose address is _46 S. Main St. Sharon, MA 02067_, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Springfield either before service upon the plaintiff's attorney or within a reasonable time thereafter. _Hampden Superior Court, 50 State St, Springfield, MA 01103_

Unless otherwise provided by rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Judith Fabricant, Esq., at Springfield the _11_ day of _January_ in the year of our Lord two thousand _19_.

Laura S. Gentile, Esquire
CLERK OF COURTS

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM No. 1

[Side margin: NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's office.]

4

PROOF OF SERVICE OF PROCESS



**Office of the Sheriff**
**Hampden County** • 96 Liberty St. • PO Box 5005 • Springfield, MA 01101-5005 • 413-732-5772

January 23, 2019

I hereby certify and return that on 1/18/2019 at 12:34 PM I served a true and attested copy of the S & C W/CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to ANN MESSANGER, RECEP, , agent, person in charge at the time of service for CITY OF CHICOPEE, 17 SPRINGFIELD ST CHICOPEE, MA 01013 . Attestation X 1 ($5.00) Basic Service Fee ($30.00) Conveyance ($1.20) Mailing1 ($2.00) Travel ($2.56) Total: $40.76

**Deputy Sheriff Leonel Marques**                                       **Deputy Sheriff**

N.B. TO PROCESS SERVER:
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

(
(                              , 20      )
(                                        )