# EXHIBIT C

| CIVIL ACTION COVER SHEET | DOCKET NUMBER 18-812 | Trial Court of Massachusetts The Superior Court |
|---|---|---|

**PLAINTIFF(S):** JEFFREY A. NEECE
**ADDRESS:** 52 Ridge Trail Road, Westfield, MA 01085

**COUNTY:** HAMPDEN COUNTY SUPERIOR COURT FILED NOV - 2 2018 CLERK OF COURTS

**DEFENDANT(S):** City of Chicopee and Sharyn Riley

**ATTORNEY:** Emily Smith-Lee, Esq. of SLNLaw, LLC
**ADDRESS:** 46 South Main St., Sharon, MA 02067

**ADDRESS:** 17 Springfield St., Chicopee, MA 01013
City Hall Annex, 274 Front St., 3rd Floor, Chicopee, MA 01013

**BBO:** 634223

### TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| AA1 | Breach of Employment Contract & retal. | A | ☒ YES  ☐ NO |

*If "Other" please describe:

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(attach additional sheets as necessary)

A. Documented medical expenses to date:
  1. Total hospital expenses ............... $
  2. Total doctor expenses ............... $
  3. Total chiropractic expenses ............... $
  4. Total physical therapy expenses ............... $
  5. Total other expenses (describe below) ............... $
  Subtotal (A): $

B. Documented lost wages and compensation to date ............... $
C. Documented property damages to dated ............... $
D. Reasonably anticipated future medical and hospital expenses ............... $
E. Reasonably anticipated lost wages ............... $
F. Other documented items of damages (describe below) ............... $
Value of health and life insurance benefits, as well as other employment benefits

G. Briefly describe plaintiff's injury, including the nature and extent of injury:
Retaliation against Plaintiff resulting in failure to reappoint Plaintiff to a subsequent five-year contract and failure in the meantime (pending reappointment) to pay his salary and benefits per the existing Employment Contract

**TOTAL (A-F):** $

**CONTRACT CLAIMS**
(attach additional sheets as necessary)

Provide a detailed description of claims(s):
Retaliation against Plaintiff resulting in, at the least, failure to reappoint Plaintiff to a subsequent five-year Contract and breach of current Employment Contract by failing to pay Plaintiff his salary and benefits

**TOTAL:** $ 610,000

Signature of Attorney/Pro Se Plaintiff: X                               Date:

**RELATED ACTIONS:** Please provide the case number, case name, and county of any related actions pending in the Superior Court.

None.

### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X                                Date:

2